## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Tredyffrin Outdoor, LLC,    :
               Appellant    :
                         :
          v.    :    No. 1305 C.D. 2021
                         :
Zoning Hearing Board of    :
Tredyffrin Township    :

**PER CURIAM**               **O R D E R**

NOW, June 22, 2023, having considered Appellant's application for reargument and Appellees' answer in response thereto, the application is DENIED.